Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 70

**IP Address:** 72.89.26.149  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 238317D90017ED86D4293E6067C4EE7D2188CFA5 | 01/17/2025 15:34:39 | Tushy | 11/24/2024 | 12/13/2024 | PA0002506272 |
| 2 | 00f802aedcab7b711bd707018c03096c4f9f0931 | 10/09/2024 13:18:09 | Blacked Raw | 03/15/2021 | 03/22/2021 | PA0002282515 |
| 3 | 4e9dd79603aa56729459d83c829aa46b83a47f96 | 10/09/2024 08:05:12 | Vixen | 04/09/2021 | 06/03/2021 | PA0002299683 |
| 4 | 107c976c2bf84219049825ab3c0a91b210d4f393 | 10/08/2024 20:11:39 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 5 | 53b0a4461c3a4e0b59de4083a98c60314920fd5f | 10/07/2024 06:01:40 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 6 | 8401def6b6323bd375254427a4a8389f3ba948cf | 10/07/2024 05:50:48 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 7 | 274164238ac6aeba1f800c6fb3ccaddffe469b2b | 10/06/2024 08:57:58 | Blacked Raw | 10/26/2020 | 11/18/2020 | PA0002272624 |
| 8 | 86bbb977c01da5c5d79b61130863f674cf28ee75 | 10/06/2024 06:36:53 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 9 | 3c21b784132110394f273ca73ac49cc76950c0a1 | 10/05/2024 17:39:47 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 10 | 6531d1da94903f2c98ec8d0cd8126a32f45d0abf | 10/05/2024 09:30:39 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 11 | 7533b3d78fc27b8331b65b8a2c212a4c67700127 | 10/04/2024 05:28:15 | Tushy | 08/09/2020 | 08/31/2020 | PA0002265642 |
| 12 | a6014ff87430530221d65a900e2bdeea185957c6 | 10/03/2024 14:42:57 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 13 | dad23552b9aa42f40c9b43254ff703e8e0a4b7b5 | 10/02/2024 22:22:17 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 14 | 1b03ca0200c698075a490a14b7563b1bb0ea81fe | 09/29/2024 22:50:08 | Milfy | 03/13/2024 | 06/24/2024 | PA0002477486 |
| 15 | d30d3df75eb29d61fe8f6e73109535f9797316fb | 09/29/2024 20:26:52 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 16 | a5f26b3a20f33b21f81e991d2c877f8490a6db55 | 09/29/2024 20:16:05 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 10b7356a9aabe27012f01aec5c33395763e48e2b | 09/29/2024 06:42:51 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 18 | a4a4cc6bcd1071949952f139d51878931f84c989 | 09/29/2024 02:05:07 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 19 | 540e71cb1039a827361ecd8aaeed49595e73f48e | 09/28/2024 09:20:35 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 20 | 8ca0f39dc93e2fb8e8e019b2f5f2e31128d9aba2 | 09/26/2024 08:34:15 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 21 | 57a00875f0e45391b617292160bc3c5c50146c9b | 09/23/2024 14:52:19 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 22 | af81e40b6fcc6fd58af69814baf0250354573ee5 | 09/23/2024 03:51:17 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 23 | 9ee85ea3f15c48311f5ef571fa47abe6b336ebe9 | 09/22/2024 04:17:50 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 24 | 122a3163b554e3ce9eba1de94df57bc99fc16614 | 09/21/2024 16:24:52 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |
| 25 | 4867a68c7ce3ba7bd786a7c272d246238b2d6e19 | 09/21/2024 02:45:50 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 26 | 6864848d049ed4d6103d7f9c2164b45f0fc13342 | 09/20/2024 21:01:10 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 27 | ce32418f9def0f3a259948c330f8b763c9058fb7 | 09/20/2024 05:31:00 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 28 | 50617eb0bd5d61a8406d209a97eec6f4342802d1 | 09/19/2024 20:59:54 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 29 | 23c388d3240653681f962910c68dc6bde0d4777a | 09/19/2024 18:48:07 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 30 | BEEDAD4F8E5E50AB34F5E7C5057929CA2BA3BC37 | 07/24/2024 13:45:46 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 31 | 5CB9AE4EED62FFA3D982F4827667A875D73AAF72 | 07/24/2024 13:44:35 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 32 | 96B6F3F12F7C4890712132D1B547CDB659F776D1 | 07/03/2024 13:54:03 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 33 | CD00E61D9C92290A8E4469D4A53F37402525C348 | 06/26/2024 10:29:10 | TushyRaw | 06/18/2024 | 07/15/2024 | PA0002480612 |
| 34 | 5D14E1F043E6B1E99352E9571B2868E3414ED5D2 | 06/23/2024 17:34:24 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 2b5ce39291bd3bcafe0e9c2fae01d75f09857fcb | 06/21/2024 21:44:11 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 36 | D74E56C49D47501206EA7F562996D3E134EB3182 | 06/19/2024 11:35:05 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 37 | 777358BFBD9518D342B5AD40E6A9C7D6202C8BD5 | 06/13/2024 15:54:33 | Tushy | 06/02/2024 | 09/04/2024 | PA0002490145 |
| 38 | D87B13159DA7925D9389783189F3BD041ECF3BF4 | 02/15/2024 20:24:26 | Tushy | 06/27/2021 | 08/02/2021 | PA0002305088 |
| 39 | 163DE9A3A8091C87334B6FDFFE5D09CE534ABB80 | 02/04/2024 19:15:57 | Tushy | 12/17/2023 | 01/16/2024 | PA0002449494 |
| 40 | 19405a0e5b312d5635d3f0a4df24326cf462fb11 | 12/07/2023 11:17:03 | Blacked | 03/20/2021 | 04/14/2021 | PA0002286724 |
| 41 | 5fa88bf1ab0a890098121e39a1b3405b35d99e7f | 12/05/2023 05:32:40 | Vixen | 02/28/2020 | 04/17/2020 | PA0002251744 |
| 42 | d9bdcfed1636414a50a85c2fb9c9b724df6f189a | 12/05/2023 03:13:52 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 43 | 4c114da6d6ca4d3ec696072c5331c71b4b521a48 | 12/04/2023 07:00:41 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 44 | ea3d37947f5db60b2661ad13e1da5c9fc6670d99 | 12/03/2023 21:45:23 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 45 | 86bde00129708e63a57ac8a09680c1d8e0996de9 | 12/03/2023 21:41:22 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 46 | fed9cbc943cc50537bbd8267bd4fa4c4848363b1 | 12/01/2023 22:58:43 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 47 | 9cf59f6deec2c2857df0f5ac95dcd9bb2a6988b5 | 11/30/2023 20:14:51 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 48 | 172bced75dccd2854628dbcda8045358431cbb32 | 11/29/2023 07:28:39 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 49 | 8a36092a1af5b64d144c6a09b81ffde5c1cdb106 | 11/28/2023 08:56:03 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 50 | 972ecdfa03b43956c521cff4b5437915ff37ea8b | 11/27/2023 19:11:31 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 51 | 6d429de39d643a31731910bc5de308bd111acf2f | 11/26/2023 20:46:21 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 52 | 980e29e94cebafee2e480df633df6187e8cc965d | 11/22/2023 13:54:36 | Tushy | 08/01/2021 | 09/30/2021 | PA0002320423 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | A861EA7D48F673392F302C35C0FEFACFC368756D | 11/05/2023 23:52:58 | Tushy | 10/22/2023 | 12/05/2023 | PA0002443588 |
| 54 | a9d33cb767bd6ba28d733b0fc731a94e07c92ce7 | 10/28/2023 09:42:58 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |
| 55 | 993c8d7e16b4646f8ac5fbb6751570d783d6674b | 10/17/2023 23:02:43 | Blacked | 02/26/2022 | 03/29/2022 | PA0002342860 |
| 56 | 2F99D5096FBB974CC1784F2FBE12C56C5BE5C19B | 09/29/2023 18:58:50 | Tushy | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 57 | 275B3CAC2464132C88CD31E1B798F6E9D0271387 | 09/29/2023 18:27:26 | Tushy | 04/17/2022 | 04/23/2022 | PA0002346417 |
| 58 | 4cf8b87bff66fb637f51485a3d5e10c3e12e7166 | 09/26/2023 18:01:36 | Vixen | 05/29/2020 | 06/16/2020 | PA0002253260 |
| 59 | 85F2D7492C1A8DA5C3F31506F142C8F87A071D02 | 09/10/2023 19:24:55 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 60 | 9E56F744428B27F7635FE3911AD3881D76085C70 | 07/28/2023 15:10:56 | Tushy | 12/04/2022 | 01/10/2023 | PA0002389591 |
| 61 | 566225d6e9fc2f8009a226aa9018ce67984022dd | 07/05/2023 03:43:05 | Tushy | 06/11/2023 | 07/13/2023 | PA0002420360 |
| 62 | CCB05AD4048C031E0A63ABA124FB34ACF6CAA7D4 | 05/11/2023 16:45:37 | Blacked | 04/15/2023 | 05/15/2023 | PA0002411295 |
| 63 | 309f2f5513a79d5dc7150220cf3a4adcc3ab178c | 05/07/2023 22:12:07 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 64 | ee336291cd0dc2ce7278168f94e9ba7006b31823 | 03/23/2023 02:51:46 | Tushy | 07/04/2021 | 07/08/2021 | PA0002300663 |
| 65 | d2121f9f7434c1b81dd9cfdb11201dd03492372f | 03/20/2023 09:58:25 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 66 | 3C4182A4580E117E807AFB5597840105546F606F | 02/09/2023 19:57:22 | Tushy | 08/28/2022 | 11/01/2022 | PA0002378076 |
| 67 | 6F8D530819C44AFF1C7428F4CCC050E62E549D0F | 01/22/2023 19:18:01 | Blacked | 10/22/2022 | 10/31/2022 | PA0002377820 |
| 68 | 28631BE0D915EDBC379814DC0AC028BB7AE48897 | 01/22/2023 19:15:54 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 69 | 27D41A6A4D2399ECCF197946B19D729C44C759A8 | 01/22/2023 19:14:59 | Blacked | 11/05/2022 | 12/11/2022 | PA0002384720 |
| 70 | 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65 | 11/13/2022 16:46:39 | Blacked Raw | 04/04/2022 | 04/23/2022 | PA0002346436 |